## EDWARD HILLS, SONS & CO. v. UNITED STATES.

(Circuit Court, S. D. New York. November 12, 1903.)

No. 3,165.

**1. CUSTOMS DUTIES—CLASSIFICATION—NUT OIL.**

So-called nut oil, derived from the fruit of aleurites vernica, of China, is properly subject to classification under the provision in paragraph 626, Free List, § 2, c. 11, Tariff Act July 24, 1897, 30 Stat. 199 [U. S. Comp. St. 1901, p. 1685], for "nut oil or oil of nuts not otherwise specially provided for," and not under that in paragraph 3 of said act, c. 11, § 1, Schedule A, 30 Stat. 151 [U. S. Comp. St. 1901, p. 1627], for "essential oils."

Appeal by the Importers from a Decision of the Board of United States General Appraisers.

On petition of Edward Hills, Sons & Co., importers, for a review of a decision of the Board of General Appraisers which affirmed the assessment of duty by the collector of customs on merchandise imported at the port of New York. The merchandise consists of certain oil imported from China, called "wood-nut oil" or "wood oil," the term "wood" being added because the oil is used on wood as a substitute for varnish. The contention of the importers that the article is nut oil was overruled by the board on the ground that the evidence introduced by them did not warrant a conclusion different from that reached by the board in an earlier decision (G. A. 4237), where similar merchandise was held not to be a nut oil, but to have been produced from seeds. Evidence taken in the Circuit Court to overcome this objection was to the effect that the oil in question is produced from the fruit of aleurites vernica, of China, which is similar to the so-called Jatropha nuts, which the board, in a more recent decision (G. A. 5363), has held to be nuts, and not seeds.

Howard T. Walden, for importers.

D. Frank Lloyd, Asst. U. S. Atty.

TOWNSEND, Circuit Judge. The merchandise herein consisted of certain Chinese oil imported by the petitioners, and assessed by the collector at 25 per cent. ad valorem, under paragraph 3 of the tariff act of July 24, 1897, c. 11, § 1, Schedule A, 30 Stat. 151 [U. S. Comp. St. 1901, p. 1627], as essential oil. The importers protested, claiming that it was free of duty, as "nut oil or oil of nuts," under paragraph 626 of the same act, Free List, § 2, c. 11, 30 Stat. 199 [U. S. Comp. St. 1901, p. 1685]. The Board of General Appraisers sustained the collector's action, and the importers appealed to this court.

It appears from all the testimony in the case, and from the samples presented to the court for inspection, that the articles from which this oil is made are nuts, within the ordinary meaning of said term.

The decision of the Board of Appraisers is therefore reversed.